UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 15- |
| v. | : | |
| | : | **VIOLATION:** |
| **HARRY VAN JACKSON,** | : | 18 U.S.C. § 641 (Theft from the Government). |
| **Defendant.** | : | **FORFEITURE:** 18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c); 21 U.S.C. § 853(p). |

### INFORMATION

The United States Attorney informs the Court:

### COUNT ONE

### Theft from the Government

### Introduction

At all times material to this Information:

1. Office of Personnel Management ("OPM"), among other duties, managed pension benefits for retired employees of the United States government. The Civil Service Retirement System was a retirement system covering federal employees who entered covered federal service before January 1, 1987.

2. Upon retirement from civil service, the federal employees covered by CSRS became CSRS annuitants and were entitled to CSRS benefits throughout their lifetimes. In addition, a CSRS annuitant had the option to elect a survivor benefit for his/her spouse; if selected, a

1

spousal benefit allowed for the annuitant's surviving spouse to continue to receive a reduced amount of benefits throughout the spouse's lifetime.

3. There was no benefit under CSRS for surviving children older than 18 years of age (unless the child was incapable of self-support due to a mental or physical disability that existed prior to age 18).

4. The defendant, HARRY VAN JACKSON's, father, L.J., retired from the U.S. Government on July 10, 1981, after 38 years of federal service. At the time of his retirement, L.J. lived in the District of Columbia. L.J. died on August 23, 2004 in Washington, DC.

5. The defendant, HARRY VAN JACKSON, was not entitled to any benefits under CSRS in that he was:

 a. not a retired federal employee;

 b. not the spouse of a federal employee;

 c. not a surviving child younger than 18 when his father died;

 d. not suffering from a mental or physical disability that existed prior to the age of 18.

### The Theft

6. Between in or about September 2004 to in or about October 2014, in the District of Columbia, the defendant, HARRY VAN JACKSON, willfully and knowingly did steal and purloin CSRS retirement benefits, of the value of $1,000 or more, specifically $199,915, being goods and property of the United States, in violation of 18 U.S.C. § 641.

**(Theft from the Government, in violation of Title 18, United States Code, § 641).**

## FORFEITURE ALLEGATION

1.      Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to this offense, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to this offense, which is $199,915.

2.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

- a. cannot be located upon the exercise of due diligence;
- b. has been transferred or sold to, or deposited with, a third party;
- c. has been placed beyond the jurisdiction of the Court;
- d. has been substantially diminished in value; or
- e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

**(Criminal Forfeiture, pursuant to Title 18, United States Code, § 981(a)(1)(C), Title 28, United Sates Code, § 2461(c), and Title 21, United States Code, § 853(p)).**

VINCENT H. COHEN, JR.

Acting United States Attorney
for the District of Columbia

By: _____
VIRGINIA CHEATHAM
Assistant United States Attorney
DC Bar # 411980
Virginia.cheatham@usdoj.gov
United States Attorney's Office
Fraud and Public Corruption Section
555 4th Street, N.W., Room 5836
Washington, D.C. 20530
(202) 252-7820